United States District Court
Southern District of Texas

**ENTERED**

June 17, 2024

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Talel Aweineh, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION 4:23−cv−04422 |
| | § | |
| Clear Blue Insurance Company, | § | |
| | § | |
| *Defendant.* | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **August 16, 2024** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot.**

Signed the 17th of June 2024.

George C. Hanks, Jr.
United States District Judge